**FILED**

September 20, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:          DT

Deputy

| UNITED STATES OF AMERICA, | § | **Case No: EP:23-CR-01853-KC** |
|---|---|---|
| | § | |
| **Plaintiff,** | § | **I N D I C T M E N T** |
| | § | |
| **v.** | § | **CT 1:** 18 U.S.C. § 844(i) – Explosive Materials- |
| | § | Malicious Use, Damage or Destroy Building by |
| **NOAH J. OCHOA,** | § | Means of Fire, Resulting in Personal Injury |
| | § | **CT 2:** 18 U.S.C. § 844(i) – Explosive Materials- |
| **Defendant.** | § | Malicious Use, Damage or Destroy Building by |
| | § | Means of Fire |

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>
(18 U.S.C. § 844(i))

On or about July 24, 2023, in the Western District of Texas, Defendant,

**NOAH J. OCHOA,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and

explosive materials, the building at 301 W. Missouri Avenue in El Paso, Texas, used in interstate

commerce, and which resulted, as a direct or proximate cause, in injury to a public safety officer,

in violation of Title 18, United States Code, Section 844(i).

<u>**COUNT TWO**</u>
(18 U.S.C. § 844(i))

On or about July 24, 2023, in the Western District of Texas, Defendant,

**NOAH J. OCHOA,**

2

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and explosive materials, the building at 301 W. Missouri Avenue in El Paso, Texas, used in interstate commerce, in violation of Title 18, United States Code, Section 844(i).

A TRUE BILL.

███████████████████████████

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

2